

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED AND 00/100**
($171,100.00) in U.S. Currency and One (1) 2012 Volkswagen Jetta,
VIN#3VWDP7AJ9CM333910,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant Mirsha Contla seeks permission to include the reporter's record from trial court cause number 16-08-14462-CR, the companion criminal case, in the record for this appeal.

Appellant's motion is GRANTED. Appellant may request the record from the court reporter. *See* TEX. R. APP. P. 34.6(d) ("[A]ny party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court